To whome this may concern I would need a additonal 30 days I Just got home this weekend from a Death in the framily out of state I have started my brief but not done with it yet due to all steps thats needed for it thanks.

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JUN 2 6 2025

CHRISTOPHER A. PRINE
CLERK

Kavin Russell

VS

Ebonie Mcdonald

Cause # 15-25-00052



Kevin Russell
1803 w audie Murphy Pkwy #1301
Farmersville Tx 75442

NORTH TEXAS TX P&DC
DALLAS TX 750
24 JUN 2025 PM 1 L

Fifteenth Court of Appeals
P.O Box 12852
Austin, Texas 78711